■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PAUL FLUITT, Appellant. [630 NYS2d 246] —Application by the appellant for a writ of error coram nobis to vacate a decision and order of this Court dated January 21, 1992 (*People v Fluitt*, 179 AD2d 1099), affirming a sentence of the Supreme Court, Queens County, imposed December 12, 1990, on the ground of ineffective assistance of appellate counsel.

Ordered that the application is denied.

The defendant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes*, 463 US 745). Mangano, P. J., Bracken, Miller and O'Brien, JJ., concur.